

RE: Robby Lee Russell v. Transocean Offshore Deepwater Drilling, Inc. / Civil Action No. 2:12-CV-1145
Charles Colvin
to:
eFile-Brown, Michael Riess
01/08/2014 11:48 AM
Cc:
rsteele
Hide Details
From: "Charles Colvin" <ccolvin@kingsmillriess.com>

To: <eFile-Brown@laed.uscourts.gov>, "Michael Riess" <mriess@kingsmillriess.com>

Cc: <rsteele@usagulf.com>

60 day order. A dismissal motion will follow.

**From:** Travis_Donselman@laed.uscourts.gov [mailto:Travis_Donselman@laed.uscourts.gov] **On Behalf Of** eFile-Brown@laed.uscourts.gov
**Sent:** Wednesday, January 08, 2014 11:47 AM
**To:** Michael Riess
**Cc:** Charles Colvin; Efile-brown@laed.uscourts.gov; rsteele@usagulf.com
**Subject:** Re: Robby Lee Russell v. Transocean Offshore Deepwater Drilling, Inc. / Civil Action No. 2:12-CV-1145

Dear Mr. Riess:

Thank you for communicating to chambers that the matter has settled. Will the parties be filing a motion to dismiss or should the Court enter a 60 day order?

Sincerely,

Travis Donselman
Law Clerk to the Hon. Nannette Jolivette Brown
United States District Court, Eastern District of Louisiana

From:   "Michael Riess" <mriess@kingsmillriess.com>
To:     <Efile-brown@laed.uscourts.gov>
Cc:     <rsteele@usagulf.com>, "Charles Colvin" <ccolvin@kingsmillriess.com>

Date: 01/08/2014 09:08 AM
Subject: Robby Lee Russell v. Transocean Offshore Deepwater Drilling, Inc. / Civil Action No. 2:12-CV-1145

Dear Judge Brown:

This is to advise that the above-referenced matter has settled. Trial was scheduled to begin on February 3, 2014. You may remove this matter from your trial docket.

If you should have any questions, please call.

Best regards.

Michael R. C. Riess
Kingsmill Riess, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170
Telephone: 504-581-3300
Telecopier: 504-581-3310
Cell: 504-722-2747

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential information which is legally privileged. The information is intended only for the use of the intended recipient. If you received this e-mail in error, please immediately notify us by return e-mail or telephone. You are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email or any information contained therein is strictly prohibited.